AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | |
|---|---|
| United States of America<br>v.<br><br>Christopher Casey Cook, aka Casey Cook<br><br>*Defendant(s)* | Case No. 3:20MJ17-RP |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **January 20-28, 2020** in the county of **Calhoun** in the **Northern** District of **Mississippi**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC 875 and 2261A | Transmit in interstate commerce a communication containing a threat to injure the person of another; and with intent to harass and intimidate, use the mail and any interactive computer service and electronic communication service of interstate commerce, or any other facility of interstate commerce to engage in a course of conduct that causes, attempts to cause, or would be reasonably expected to cause substantial emotional distress to a person, or his or her immediate family member or spouse. |

This criminal complaint is based on these facts:

See attached affidavit

☑ Continued on the attached sheet.

_____
*Complainant's signature*

John Marsh, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: **02/05/2020**

_____
*Judge's signature*

City and state: **Oxford, Mississippi**

Roy Percy, United States Magistrate Judge
*Printed name and title*