

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 3:20:CR 19
18 U.S.C. § 2261A(2)(B)

CHRISTOPHER CASEY COOK

INDICTMENT

The grand jury charges that:

COUNT ONE

From on or about August 9, 2019 to on or about January 22, 2020, in the Northern District of Mississippi, CHRISTOPHER CASEY COOK, defendant, did with intent to harass and intimidate, knowingly use an interstate electronic communication system and facility of interstate commerce, that is, Facebook, an internet social media website, to engage in a course of conduct that caused and would reasonably be expected to cause substantial emotional distress to a person, a spouse of that person or an immediate family member of that person, that is, CHRISTOPHER CASEY COOK did post images of an indictment returned against him in the State of Mississippi and referred to committing violent acts against state officials involved in the investigation and prosecution against him; post images and

communications revealing the address of, and names of family members of the investigating officer, Jon Lepicier; and did threaten him and his family by posting:

> "I uncovered the family of the arresting person. His real name, Parents, grandparents, sisters, wife, nephew, properties owned, past phone numbers, aliases of the whole family, in laws, … which had him very puzzled as to how I did it. He has taken down some resources and Facebook pages or changed them. But I was nice enough to use poetry that only he would understand when posting what I knew;"

and,

> "And God willing I'm going to take them out;"

all in violation of Title 18, United States Code, Section 2261A(2)(B).

**A TRUE BILL**

_____
**WILLIAM C. LAMAR**
**UNITED STATES ATTORNEY**

*/s/ Signature Redacted*
**FOREPERSON**